UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:07CV108-J

LILLIE MAE HIGGS                                                                    PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                        DEFENDANT

## **MEMORANDUM OPINION AND ORDER**

Plaintiff Lillie Mae Higgs seeks Disability Insurance Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge W. David King who recommends that the Decision of the Commissioner be upheld.

Plaintiff objects to the Magistrate's Report, contending: 1) the ALJ improperly discounted the disabling opinions of her long-time treating orthopedic physician, Dr. Mesa; 2) the lack of supporting objective medical and clinical findings to support Dr. Mesa's disabling opinions required the ALJ to re-contact the physician to resolve such insufficiencies; and 3) the ALJ erred in accepting the state agency non-examining physician's opinion over that of the claimant's long-time treating specialist, Dr. Mesa. These issues were sufficiently addressed in the Magistrate Judge's Report and Recommendation.

In summary, this Court has conducted a de novo review of the entire record and finds that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The ALJ's determinations are supported by substantial evidence and are entitled to deference. The Court adopts the Magistrate Judge's Report and Recommendation in lieu of writing a separate opinion.

Accordingly, IT IS ORDERED:

1) The Magistrate Judge's Report and Recommendation is ADOPTED, and those findings and conclusions are incorporated by reference herein;

2) The final Decision of the Commissioner denying benefits is AFFIRMED; and

3) Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Order and Judgment, and there is no just cause for delay.